# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

Civil Misc. No. 2:19-MC-3849-WKW

## ORDER APPOINTING UNITED STATES MAGISTRATE JUDGE

Pursuant to the authority conferred by §631, Title 28, United States Code, it is ORDERED:

1. That Stephen Michael Doyle be and he is hereby appointed as full-time United States Magistrate Judge for the Middle District of Alabama at the salary fixed by the Judicial Conference of the United States, with his official station at Montgomery, Alabama;

2. That the said Stephen Michael Doyle shall enter upon the performance of his official duties at 9:00 a.m., January 7, 2019, after taking the oath or affirmation prescribed by §§ 453 and 631(g), United States Code;

3. That the said Stephen Michael Doyle shall hold and discharge the duties of his office for a term of eight years from the date of his appointment subject to the provisions of §631 (e), Title 28, United States Code, unless sooner removed.

The Clerk shall cause copies of this order to be spread upon the records of this Court and shall forward a certified copy of this order to the Director of the Administrative Office of the United States Courts as required by §631 (h), Title 28, United States Code.

Case 2:19-mc-03849-WKW   Document 1   Filed 01/07/19   Page 2 of 2

Done this the 3rd day of January, 2019.

_____
Chief United States District Judge

_____
United States District Judge

_____
Senior United States District Judge

_____
Senior United States District Judge